## JOHN McGREGOR *versus* RICHARD SMYTH

JOURNAL ENTRIES (1815–16): *Journal 2:* (1) Continued *p. 441; (2) declaration filed, rule to plead *p. 491; (3) plea, jury trial *p. 503; (4) verdict, judgment *p. 504.

PAPERS IN FILE: (1) Capias and return; (2) precipe for subpoena; (3–6) subpoenas.

*Office Docket*, MS p. 21, c. 43; p. 38, c. 24.

## BENJAMIN WOODWORTH *versus* JESSE HAWKINS

JOURNAL ENTRIES (1815–16): *Journal 2:* (1) Rule to bring body *p. 441; (2) special bail, declaration filed, rule to plead, continued *p. 448; (3) continued *p. 474; (4) cognovit, judgment *p. 498.

PAPERS IN FILE: (1) Precipe for writ; (2) capias and return; (3) declaration; (4) subpoena; (5) writ of ca. sa.; (6) note or due bill.

*Office Docket*, MS p. 21, c. 45; p. 39, c. 26; p. 60, c. 2.

## CONRAD TEN EYCK *versus* SIMON RIVARD

JOURNAL ENTRIES (1815–16): *Journal 2:* (1) Rule to bring body *p. 441; (2) recognizance *p. 454; (3) declaration filed, rule to plead, continued *p. 468; (4) continued *p. 474; (5) discontinued *p. 598.

PAPERS IN FILE: (1) Precipe for writ; (2) capias and return; (3) declaration; (4) memo. of account.

*Office Docket*, MS p. 22, c. 47; p. 39, c. 28.